UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

CITIGROUP GLOBAL MARKETS INC., f/k/a
Salomon Smith Barney Inc.,

        Petitioner/Plaintiff,

   v.

STEVEN MANN, as Personal Representative of the
Estate of John F. Mann,

        Respondent/Defendant.

Case No. 10-C-1075

**AGREED ORDER CONFIRMING ARBITRATION AWARD**

This matter coming before the Court on the Petition of CITIGROUP GLOBAL MARKETS INC. (f/k/a Salomon Smith Barney Inc.), to confirm an arbitration award and expungement relief for Robert L. Johnson granted therein, awarded by a duly appointed Financial Industry Regulatory Authority ("FINRA") panel of arbitrators in a written arbitration award, the parties having agreed to the entry of this Order, and the Court being fully advised in the Premises, IT IS HEREBY ORDERED AS FOLLOWS:

1.     This matter involves interstate commerce such that the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9, et seq., governs this proceeding. This Court has jurisdiction pursuant to 9 U.S.C. § 9 and 28 U.S.C. § 1332 and authority to grant the relief sought by Petitioners.

2.     The Petition is GRANTED and the arbitration award in the proceeding captioned In re the Matter of The Arbitration Between Steven Mann, as Personal Representative of the Estate of John F. Mann v. Citigroup Global Markets Inc., FINRA Case No. 09-04066, attached hereto as Exhibit "A" is hereby CONFIRMED pursuant to 9 U.S.C. § 9.

Dated at Milwaukee, Wisconsin, this 17th day of December, 2010.

        ENTERED:

        *s/ Rudolph T. Randa*
        HON. RUDOLPH T. RANDA
        U.S. District Judge